Marvin Lamont GRANTHAM, Plaintiff–Appellant,

v.

Wilbert E. ANDERSON; Jack Earl Best, Wayne County Board of Commissioner; Sheriff Winders, Sheriff of Wayne County Jail; Captain Tadlock, at Wayne County Jail; Efton Saser, Wayne County Board of Commissioner; John Bell, Wayne County Board of Commissioner; J.D. Evans, Wayne County Board of Commissioner; Bud Gray, Wayne County Board of Commissioner; Atlas Price, Defendants–Appellees.

No. 06–7237.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 14, 2007.

Decided: Feb. 27, 2007.

Marvin Lamont Grantham, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Lamont Grantham appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Grantham v. Anderson,* No. 5:05–ct–00541–H (E.D.N.C. July 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*